IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RONALD PARHAM,

    Plaintiff,

v.                       CIVIL ACTION NO.: CV210-074

CHIEF JUDGE AMANDA WILLIAMS,
and DANTE HUDSON, Public Defender,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint fails to state a claim, and it is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 28 day of July, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA